MERRILL SCHNEIDER, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR 97233-2153
(503) 255-9092
fax (503) 255-9145
Attorney for James Stubbs

FILED'05 AUG 10 14:08USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES STUBBS,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CV 04-1637-HA

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4212.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses are awarded.

DATED this 10 day of August, 2005.

/s/ Michael W. Mosman
UNITED STATES ~~MAGISTRATE~~ JUDGE

Presented by:

s/ Merrill Schneider
Merrill Schneider   OSB# 77336
503-255-9092
Attorney for Plaintiff

Page 1   ORDER [04-1637-HA]